### 19737. HUGHES *v.* THE STATE.

BROYLES, C. J. 1. The bill of exceptions having been amended to conform to the record, the request of the solicitor-general (made in his brief), that the writ of error be dismissed, is denied. See, in this connection, Civil Code (1910), § 6184; *Wooten* v. *Archer,* 49 *Ga.* 388 (3).

2. The accused was convicted of larceny from the house. The evidence tending to connect him with the offense was wholly circumstantial, and, while raising a strong suspicion of his guilt, was inadequate to exclude every other reasonable hypothesis save that of his guilt. It follows that the court erred in refusing to grant a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 11, 1929.

*M. B. Eubanks,* for plaintiff in error.
*M. Neil Andrews, solicitor-general,* contra.